

**IN THE**
**TENTH COURT OF APPEALS**

---

**No. 10-19-00369-CR**

**IN RE MICHAEL ANTHONY MOORE**

---

**Original Proceeding**

---

**MEMORANDUM OPINION**

---

Relator, Michael Anthony Moore, has filed a petition for writ of mandamus seeking to compel Brazos County District Clerk Gabriel Garcia to provide him with various documents from his criminal trial, including an "affidavit in support of felony information," a "waiver of indictment," a "felony of information," an "arrest warrant," "docket sheets," and "criminal docket sheets." A court of appeals has no jurisdiction to issue a writ of mandamus against a district clerk, except to protect or enforce its jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221 (West 2004); *In re Simmonds*, 271 S.W.3d 874, 879 (Tex. App.—Waco 2008, orig. proceeding). We do not have jurisdiction to decide Moore's mandamus proceeding against the district clerk. *See* TEX. GOV'T CODE ANN. §

22.221; *see also In re Simmonds*, 271 S.W.3d at 879. Accordingly, we dismiss Moore's

mandamus petition for want of jurisdiction.


JOHN E. NEILL
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Neill
Petition dismissed
Opinion delivered and filed October 30, 2019
Do not publish
[OT06]

